**Appeal Dismissed and Memorandum Opinion filed May 22, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00200-CV

---

### JESUS JAVIER IBARRA, Appellant

### V.

### CITYWIDE ATM, INC. D.B.A CITYWIDE ATM, Appellee

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2013-76670**

---

## M E M O R A N D U M    O P I N I O N

Appellant filed his notice of appeal on December 23, 2017. To date, our records show that appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5; Tex. Gov't Code Ann. § 51.207 (West 2013).

On April 26, 2018, this court ordered appellant to pay the appellate filing fee on or before May 7, 2018, or the appeal would be dismissed. Appellant has not paid

the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Jamison, Wise, and Jewell.